IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KOURTNEY IRIS BROWN**                                                                 **PLAINTIFF**

V.                          **CASE NO.: 2:11CV00141 BD**

**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Kourtney Iris Brown. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 12th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE